Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED BY____ PG____ D.C.

SEP 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Heidi Soosha Peterson

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Judge Charles Crawford, State of Florida and County of Brevard

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

cat/div  550/1983/WPB
Case # _____
Judge _____ Mag. REID
Motn Ifp__ YES __ Fee pd $ 0
Receipt # _____

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Heidi Soosha Peterson |
| Address | 7940 Dorchester Road |
| | Boynton Beach — FL — 33472 |
| | *City* — *State* — *Zip Code* |
| County | Palm Beach County |
| Telephone Number | 561-517-7665 |
| E-Mail Address | hdpeterson75@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge Charles Crawford |
| Job or Title *(if known)* | Judge |
| Address | 2825 Judge Fran Jamieson Way |
| | Melbourne — FL — 32940 |
| | *City* — *State* — *Zip Code* |
| County | Brevard |
| Telephone Number | (321) 617-7258 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | State of Florida |
| Job or Title *(if known)* | State |
| Address | R.A. Gray Building500 South Bronough Street |
| | Tallahassee — FL — 32399 |
| | *City* — *State* — *Zip Code* |
| County | Leon County |
| Telephone Number | 850.245.6500 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Brevard County |
| Job or Title *(if known)* | |
| Address | 2725 Judge Fran Jamieson Way |
| | Viera      Fl      32940 |
| | *City*    *State*    *Zip Code* |
| County | Brevard |
| Telephone Number | (321) 633-2000 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [✔] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
substantive and procedural due process violations
violations of the 4th and 5th and 14th constitutional Amendments

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

They kidnapped my child, slandered me for going on 5 years, abused me and my child, retaliated against my witnesses and me in physical violence and conspiracy to cover it up.   The Judge determined he was going to disregard all evidence and pretend that he is a doctor and made up his own diagnosis.   They fraudulently changed court transcripts.   They ordered me into abusive situations while holding my child hostage and telling me I would not see her if I did not perform.   Did not follow laws or provide law enforcement but outright lied and refused to take police reports while working with violent

### III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

First when I reported my child was molested in the library they started saying whites cannot have dark children and she was not my child then the boy who made a writen confession was let free and they arrested my daughter, took her from breastfeeding away from friends and education and strangled her and beat her in the head.   They also caused bone damage in her wrist which I found out when I was forced to get a bone scan to prove that their allegations that she had rib fractures were false.   They gave her back broke into my house kidnapped her again

B.   What date and approximate time did the events giving rise to your claim(s) occur?

It has been going on for almost or about 5 years.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

My neighbors, police, some of the police were very much racist liars and others were not.   My neighbors were violently attacked after the federal government HHS asked for an affidavit and the police lied to cover it up, then came with a mettal bar to the Sister witness Lois Brown and told her to beat someone over the head, which is how her brother Anthony Owens was beaten.   The police were chasing me without being dispatch they are coordinating with people who are crazy violent to attack people in the small town of Mims.   This we know because the Luetentant says there is no way that there is any records of their dispatch but they are claiming the are responding to calls for a person who was so violent he kidnapped a woman then burned down the home she escaped in.   The police refused to take police reports from the neighbors because they are black, according to the police own statements and let someone murder someone outside the home with dozen's of witnesses.   The Brevard County Sheriff's department is actively involved with DCF in criminal behavior and provocations against African Americans.   They would not let my neighbors testify in court either.   They committed purgery.   The Judge specifically instructed my mother to lie in a way that he could accept it since she never witnessed the events she was testifying to

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had a broken ear drum.

Financial ruin.

Damaged child

Serious stress from stalking, I was stalked by NFL player's Wilbur Marshall's brother  Windell Marshall who I found out was a violent drug addict but the police refused to arrest him but cooperated with him and both him and Reverend Johnney Dennis of National Action Network Cocoa made a deal with DCF and the police that they were going to force me into sex slavery among other things otherwise they were going to slander me in court or to the case worker which Johnney Dennis did.

I find out that kidnapping and this sort of activity towards women is going on in Brevard County because the police refuse to give police protection and people cannot defend themselves against

fear for my life, and the county stole my fire arms out of my house so I would be vulnerable.

Neighbor stole my car recked it and returned it and the police refused to arrest him.

The police said they were going to ethnically cleans my family because my daughter is black and because I lived in a black neighborhood( which the government put me there ) and they many times told the judge this and made up lies because I reported there was drug dealing in the neighborhood they said I cannot control my environment and I must be a drug addict drug dealer, contrary to the 4 years of drug test, and no drug record history that I showed the court.  ( This was another lie by Judge Crawford ) who also said that due to this violent stalking by the police and Wendell Marshall they must of given me organic brain damage.   I went to a neurologist and I don't have brain damage.   This implies they intended to beat me to cause brain damage as a reason to terminate my rights.

## V.      Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want my daughter back and a criminal investigation and these people to be arrested so they will not do this to anyone else.

Then I want to be recompensated for my legal debts

and all the years I lost with my daughter and damaged they cause which is immeasurable because I had to have a septum removed from my uterous which is a costly opperation just to have a child and now I am at the age which I am getting to old to have children, so the state stole my chances of motherhood and my daughter's chance at a healthy or normal childhood.

This is out of spite because Brevard County is ran by a hate group and they think that by destroying mother's and children they will become winners.   And the federal government is paying them to do this.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            09/15/2019

Signature of Plaintiff

Printed Name of Plaintiff     Heidi Soosha Peterson

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

FOREVER

WEST PALM BCH FL 334

18 SEP 2019

Hud Peterson
1940 Dorchester Rd
Boynton Beach FL
33472

Wilkie D. Ferguson, Jr. US. Courthouse
400 N Miami Ave
Miami, FL 33128

33128-180199